UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD WHITEHURST,

    Plaintiff,

    v.

ALL WALGREEN COMPANY STORES, et al.,

    Defendants.
_____/

No. C 10-4195 PJH

**NOTICE OF ERRATA**

The last full sentence of the first paragraph on page 1 of the July 26, 2012 Order, which reads, "The court entered judgment on December 28, 2012[,]" is amended to read, "The court entered judgment on December 28, 2010."

**IT IS SO ORDERED.**

Dated: August 2, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge